**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-2306

HIEDA KEELER,

Plaintiff - Appellant,

v.

CITY OF HAMPTON; VICE MAYOR LINDA CURTIS; DEBRA MOSS,
Hampton City Attorney; UNKNOWN UNIFORMED HAMPTON OFFICER;
KAREN RODRIGUEZ, VA DCJS; UNKNOWN STATE TROOPER, LICENSE
8675US; BELINDA ROBINSON; SHORTY WALLIN LOCK SHOP; TWEEDS
LOCK SHOP; FBI AGENT KEVIN ROJEK,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News. Arenda L. Wright Allen,
District Judge. (4:15-cv-00076-AWA-RJK)

Submitted: January 14, 2016          Decided: January 19, 2016

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Hieda A. Keeler, Appellant Pro Se. Brandi Allison Law, Senior
Assistant City Attorney, Lola Rodriguez Perkins, OFFICE OF THE
CITY ATTORNEY, Hampton, Virginia; Michael R. Spitzer, II,
MIDKIFF, MUNCIE & ROSS, PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hieda Keeler appeals the district court's order dismissing her civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Keeler v. City of Hampton, No. 4:15-cv-00076-AWA-RJK (E.D. Va. Oct. 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED